PER CURIAM.
Affirmed. Mize v. Mize, 621 So.2d 417 (Fla.1993); Tremblay v. Tremblay, 638 So.2d 1057 (Fla. 4th DCA 1994); Stockburger v. Stockburger, 633 So.2d 1140 (Fla. 2d DCA 1994); Baez v. Baez, 627 So.2d 1260 (Fla. 3d DCA 1993), rev. denied, 639 So.2d 975 (Fla.1994); Tamari v. Turko-Tamari, 599 So.2d 680 (Fla. 3d DCA 1992); Lenders v. Durham, 564 So.2d 1186 (Fla. 2d DCA 1990); Hill v. Hill, 548 So.2d 705 (Fla. 3d DCA 1989), rev. denied, 560 So.2d 233 (Fla.1990); Sherman v. Sherman, 558 So.2d 149 (Fla. 3d DCA 1990); Landa v. Landa, 539 So.2d 543 (Fla. 3d DCA 1989).